**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | |
|---|---|
| CARTER, et al.<br><br>            Plaintiffs,<br><br>                v.<br><br>SENTARA HEALTHCARE FIDUCIARY<br>COMMITTEE, et al.,<br><br>            Defendants. | Case No. 2:25-CV-00016<br><br>Hon. Jamar K. Walker |

**JOINT MOTION FOR EXTENSION OF TIME TO PROPOSE A TRIAL SCHEDULE**

Plaintiffs Tracey Carter and Bonny Davis ("Plaintiffs"), and Defendants Sentara Health Fiduciary Committee and Sentara Health ("Defendants") (together, "Parties"), by their respective undersigned counsel, respectfully request that the Court extend the deadline for proposing a trial schedule until March 4, 2026 (from February 18, 2026).  In support thereof, the Parties state as follows:

1. The Complaint was filed on January 8, 2025.  *See* ECF No. 1.

2. On January 30, 2026, the Court denied Defendants' motion for summary judgment and granted in part and denied in part Defendants' motion to partially exclude Plaintiffs' proffered experts.  *See* ECF No. 70.  Further, the Court directed the parties to meet and confer and to propose a trial schedule to the Court on or before February 18, 2026.  *See id*.

3. The Parties are also participating in a settlement conference on February 23, 2026.

4. The Parties respectfully request an extension of the deadline to file a proposed trial schedule until March 4, 2026.  This modest two-week extension will not affect the scheduled settlement conference and good cause exists.

1

5. As a general matter, "parties are bound by the dates imposed by the court's scheduling orders, and 'no extensions or continuances thereof shall be granted in the absence of a showing of good cause.'" E.D. Va. Loc. Civ. R. 16(B) (citations omitted). Scheduling orders "may be modified only for good cause and with the judge's consent." *Reese v. Va. Int'l Terminals, Inc.*, 286 F.R.D. 282, 285 (E.D. Va. 2012); *see also* FRCP 16(b)(4). The "touchstone of the good cause requirement of Federal Rule 16(b)(4) is diligence." *Boone v. United States*, No. 2:21CV482, 2023 WL 8539527, at *4 (E.D. Va. Feb. 8, 2023) (citing *Faulconer v. Centra Health, Inc.*, 808 F. App'x 148, 152 (4th Cir. 2020)).

6. Here, the Parties have been diligent in preparing for the upcoming settlement conference. As a result, additional time is needed to determine counsel, witness, and client availabity. In addition, the undersigned counsel for Defendants have prescheduled deposition and trial dates for other matters.

7. An extension would conserve resources for the Court and the Parties. Further, an extension would allow the Parties to establish definitive dates and deadlines, and avoid the Parties coming back to the Court to request an additional extension.

8. The Parties do not seek a modification to any other dates.

9. A Proposed Order is attached as Exhibit A.

Dated: February 18, 2026

Respectfully submitted,

/s/ William G. Laxton Jr.
William G. Laxton Jr. (Bar No. 75110)
Miguel F. Eaton (pro hac vice)
Damarr M. Butler (pro hac vice)
Brett J. Wierenga (pro hac vice)
Kailey A. McNeal (pro hac vice)
JONES DAY
51 Louisiana Ave., NW
Washington, DC  20001
Telephone: (202) 879-3939
Facsimile: (202) 616-1700
Email: wglaxton@jonesday.com
         meaton@jonesday.com
         dbutler@jonesday.com

*Counsel for Defendants*

Nicholas D. Thompson (Bar No. 92821)
CASEY JONES LAW FIRM
323 N. Washington Avenue, Suite 200
Minneapolis, MN 55401
Telephone: (612) 305-8349
Facsimile: (612) 677-3050
Email: nthompson@caseyjones.law

Jennifer K. Lee (pro hac vice)
Carl F. Engstrom (pro hac vice)
ENGSTROM LEE LLC
323 N. Washington Avenue, Suite 200
Minneapolis, MN 55401
Telephone: (612) 305-8349
Facsimile: (612) 677-3050
Email: jlee@engstromlee.com
         cengstrom@engstromlee.com

s/ James H. White IV
James H. White IV (pro hac vice)
THE JAMES WHITE FIRM LLC
2100 Morris Avenue
Birmingham, AL 35203
Telephone: (205) 317-2551
Email: james@whitefirmllc.com

*Counsel for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2026, I filed the foregoing motion via the Court's

CM/ECF system.

/s/ William G. Laxton Jr.
William G. Laxton Jr.
*Counsel for Defendants*

4