**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| TRACEY CARTER and BONNY DAVIS, as the representatives of a class of similarly situated persons, and on behalf of the SENTARA 403(B) SAVINGS PLAN, <br><br> Plaintiffs, <br><br> v. <br><br> SENTARA HEALTHCARE FIDUCIARY COMMITTEE and SENTARA HEALTH, <br><br> Defendants. | Case No. 2:25-cv-00016-JKW-LRL |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS
ACTION SETTLEMENT**

Plaintiffs Tracey Carter and Bonny Davis ("Plaintiffs") individually and on behalf of the proposed Settlement Class, hereby respectfully move for an order (1) preliminarily approving a class action settlement agreement between Plaintiffs and Sentara Healthcare Fiduciary Committee and Sentara Health ("Defendant" and together with Plaintiffs, "Parties"); (2) approving Settlement Notice and authorizing its distribution to the Settlement Class; (3) certifying, on a preliminary basis, the proposed Settlement Class; (4) setting a date for a Fairness Hearing; and (5) granting other relief as set forth in the proposed Preliminary Approval Order.

This motion is made based on this Motion, the accompanying Memorandum in Support, Declaration of Jennifer K. Lee and the accompanying exhibits (which includes the Settlement Agreement), Declaration of James White, Declaration of Tracey Carter and Bonny Davis, and all other papers, pleadings, documents, arguments of counsel, and materials presented before or during the hearing on this motion, or any other evidence or argument the Court may consider.

Respectfully submitted,

Dated: March 31, 2026

**CASEY JONES LAW FIRM**

s/Nicholas D. Thompson
Nicholas D. Thompson, VA Bar No. 92821
323 N. Washington Avenue, Suite 200
Minneapolis, MN 55401
Telephone: (612) 305-8349
Facsimile: (612) 677-3050
nthompson@caseyjones.law

**ENGSTROM LEE LLC**
Jennifer K. Lee, MN Bar No. 399012*
Carl F. Engstrom, MN Bar No. 396298*
323 N. Washington Avenue, Suite 200
Minneapolis, MN 55401
Telephone: (612) 305-8349
Facsimile: (612) 677-3050
jlee@engstromlee.com
cengstrom@engstromlee.com

**THE JAMES WHITE FIRM LLC**
James H. White IV, AL Bar No. 3611I58J*
2100 Morris Avenue
Birmingham, AL 35203
Telephone: (205) 317-2551
james@whitefirmllc.com

*Admitted *Pro Hac Vice*

**ATTORNEYS FOR PLAINTIFFS**

2

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on March 31, 2026, the foregoing was electronically filed

using the CM/ECF system, causing a Notice of Electronic Filing to be transmitted to all counsel

of record.

/s/Nicholas D. Thompson
Nicholas D. Thompson